[No. 34183-2-II. Division Two. October 3, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. M.B., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-8-01074-3, Ronald E. Culpepper, J., entered November 17, 2005. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Bridgewater and Hunt, JJ.

[No. 23181-0-III. Division Three. October 3, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON LYLE RANDALL, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 03-1-00521-8, John M. Antosz, J., entered June 8, 2004. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Schultheis and Kulik, JJ.

[Nos. 23196-8-III; 23197-6-III. Division Three. October 3, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. TRACEY A. VANKNOWE, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. MARVIN K. WALKER, *Appellant*.

Appeals from judgments of the Superior Court for Kittitas County, Nos. 04-1-00074-1 and 04-1-00079-2, Michael E. Cooper, J., entered July 13, 2004. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Schultheis, A.C.J., and Brown, J.

[No. 24232-3-III. Division Three. October 3, 2006.]

THE STATE OF WASHINGTON, *Appellant*, v. VANESSA RAE BOYD-MCCARTNEY, *Respondent*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 05-1-00086-2, Christopher E. Culp, J. Pro Tem., J., entered May 6, 2005. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Sweeney, C.J., and Schultheis, J.